# United States District Court
Western District of Wisconsin
Robert W. Kastenmeier Courthouse
120 N. Henry Street, Rm. 540
Post Office Box 591
Madison, Wisconsin  53701

**Chambers of**  
**Barbara B. Crabb**  
**District Judge**

**Telephone**  
608-264-5447

May 22, 2008

Christine Applewhite  
#05447-090  
S.F.F. Hazelton  
P.O. Box 3000  
Bruceton Mills, WV 26525-3000

    Re: U.S. v. Applewhite; 03-cr-137-S

Dear Ms. Applewhite:

    In Judge Shabaz's absence for medical reasons, I am responding to the letter you wrote to him on May 11, 2008, in which you ask about your award of half-way house residency.  I checked the Judgment and Commitment order and confirmed that it does provide for only 90 days of halfway house placement.  The court's recommendation about placement in a halfway house is only a recommendation.  It is always the prerogative of the Bureau of Prisons to shorten or lengthen the recommended time.  There is nothing I can do to move up your release date even if I thought doing so would be a good idea.

    I can understand that you are concerned about your transition to society after your long stay in custody.  I urge you however, to focus on what you need to do and how you can take full advantage of the halfway house placement you do receive.

                      Very truly yours,

                      /s/  
                      Barbara B. Crabb  
                      District Judge

BBC:skv